**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CARVONDELLA BRADLEY, JOYCE ELAINE NIEVES, LARONDA WILLIAMS, CHRIS CROWLEY, DERRICK BURKE, CHARLES E. BURKE, JR., GREG BURKE, CYNTHIA BURKE, BEATRICE WELLS, KARL CROWLEY,**

        **Plaintiffs,**

-vs-                                          Case No. 6:07-cv-1690-Orl-31GJK

**MICHAEL O. LEAVITT,**

        **Defendant.**

_____

# ORDER

On May 16, 2008, Magistrate Judge Kelly entered a Report and Recommendation (Doc. 18), recommending that Defendant's Motion to Dismiss (Doc. 7) be GRANTED IN PART. Plaintiffs (Doc. 19) and Defendant (Doc. 20) filed timely objections to the Report. Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge.

The Plaintiffs raise three objections to the Report. The first two objections consist of the Plaintiffs taking exception to some of Magistrate Kelly's descriptions of their substantive arguments, and do not affect the resolution of the motion to dismiss. In their third objection, the Plaintiffs argue that the recommendation that this Court dismiss some of their claims for lack of federal question jurisdiction – in particular, their claim of entitlement to interest on the portion of the settlement that was paid over to the Department of Health and Human Services – was

erroneous. However, the Plaintiffs fail to address Judge Kelly's basis for this recommendation – *i.e.*, his conclusion that 42 U.S.C. § 405(h) prohibits the use of 28 U.S.C. § 1331 to review HHS decisions. Similarly, the Defendant takes issue with the conclusion regarding the Plaintiffs' standing, but fails to address the basis for that conclusion – Judge Kelly's determination that the allegations in the Complaint as to standing were sufficient to survive a motion to dismiss. It is therefore:

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The Defendant's Motion to Dismiss is **GRANTED IN PART AND DENIED IN PART**, as follows:

   a. Defendant's request for dismissal on the grounds that the Plaintiffs lack standing is **DENIED**.

   b. Insofar as the motion sought dismissal on the grounds that the Court lacks subject matter jurisdiction over the dispute, the motion is **DENIED** to the extent that the Plaintiffs invoke jurisdiction pursuant to 42 U.S.C. § 405(g) and **GRANTED** to the extent that the Plaintiffs invoke jurisdiction pursuant to 28 U.S.C. § 1331.

   c. Defendant's request for dismissal for failure to state a claim is **GRANTED** as to the Plaintiffs' requests for injunctive relief and an award of interest.

3. In addition, the Defendant is directed to file an answer to the complaint not more than 10 days from the entry of this order, at which time the Court will enter a new scheduling order, as outlined in the Report and Recommendation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 9, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party