**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CARVONDELLA BRADLEY, JOYCE ELAINE NIEVES, LARONDA WILLIAMS, CHRIS CROWLEY, DERRICK BURKE, CHARLES E. BURKE, JR., GREG BURKE, CYNTHIA BURKE, BEATRICE WELLS, KARL CROWLEY,**

        **Plaintiffs,**

-vs-                                        Case No. 6:07-cv-1690-Orl-31GJK

**MICHAEL O. LEAVITT,**

        **Defendant.**

## ORDER

On or before the following dates, the parties shall file and serve a brief setting forth concisely the basis for the affirmance or reversal of the final decision of the Secretary. The Plaintiffs' Brief is due September 11, 2008; Defendant's Brief is due 60 days after the day on which the Plaintiffs' brief is actually filed. Each brief shall include a detailed analysis of the administrative record, with pinpoint citations of authorities in support of the party's position, and to the administrative record. It is not sufficient to adopt the facts in the ALJ's decision.

Plaintiffs may seek to remand as a remedy in their appeal brief, but should not separately file an opposed motion to remand or motion for summary judgment. If the Defendant intends to seek a voluntary remand, he should make every effort to move to remand before the Plaintiffs have expended significant time in preparing the brief ordered above. The Court will set oral argument if

necessary. Each party shall also e-mail a virus-free copy of their briefs to Chambers_FLMD_Kelly@flmd.uscourts.gov in either WordPerfect 9.0-11.0 or Microsoft Word 97 – 2003.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on July 11, 2008.

                                      GREGORY A. PRESNELL
                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party